# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL L. HARPEL** | * | **CASE NO. 3:19-cv-01570-JJH** |
| **Plaintiff,** | | **JUDGE JEFFREY J. HELMICK** |
| vs. | * | **MAGISTRATE JUDGE JAMES R. KNEPP, II** |
| **BISON TRANSPORT, INC., et al.,** | | |
| **Defendants.** | * | **NOTICE OF DEPOSITION DUCES TECUM OF JORDAN MOORE** |

Please take notice that Defendants, Bison Transport, Inc. and Guy Boisvert, by and through counsel, will take the deposition of Officer Jordan Moore. The deposition will be held on Friday, January 31, 2020 beginning at 10:00 a.m. at the Mansfield Police Department, 2nd Floor, Chief's Conference Room, 30 North Diamond Street, Mansfield, Ohio 44902, pursuant to the Ohio Rules of Civil Procedure. Said deposition is for purposes of discovery and/or use at trial and shall continue from day to day until complete.

Officer Moore shall bring with him any documents and other materials in his possession or control listed on the Duces Tecum, attached hereto.

Respectfully submitted,

*/s/ Carl A. Anthony*
Carl A. Anthony (0055652)
FREUND, FREEZE & ARNOLD
Capitol Square Office Building
65 E. State Street, Suite 800
Columbus, OH 43215-4247
Phone: 614-255-7550
Fax: 614-827-7303
canthony@ffalaw.com
*Attorney for Defendants, Bison Transport, Inc., and Guy Boisvert*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent by electronic and/or ordinary U.S. mail, postage prepaid, this 7th day of January, 2020 to the following:

Kyle R. Wright
Kademenos, Wisehart, Hines,
Dolyk & Zeiher Co. L.P.A.
502 W. Washington St
Sandusky, Ohio 44870-2419
kylew@ohattorneys.com

-And-

Michael Jay Leizerman
Leizerman & Associates
3450 W. Central Ave., Suite 328
Toledo, Ohio 43606
michael@leizerman.com
*Counsel for Plaintiff*

      */s/ Carl A. Anthony*
      Carl A. Anthony (0055652)

- 3 -

## **DUCES TECUM**

Officer Jordan Moore: Please bring with you to the deposition any and all documents, photographs or video that you have with respect to the accident involving Michael Harpel and Guy Boisvert to which you were a witness on June 16, 2018.