UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael L. Harpel,  Case No. 3:19-cv-1570

    Plaintiff,

v.  ORDER

Bison Transport, Inc., et al.,

    Defendants.

On January 8, 2020, I held a telephone status conference with counsel for the parties. Pursuant to our discussions during that conference, it hereby is ordered that

(1) The expert discovery deadlines are vacated. The deadline for the proponent's expert report shall be April 1, 2020. Rebuttal expert reports are due on or before May 15, 2020. The deadline for depositions of expert witnesses shall be July 1, 2020.

(2) This case is referred to Magistrate Judge James R. Knepp, II, for a settlement conference to be held in May or June 2020, at the mutual convenience of Judge Knepp and the parties.

So Ordered.

    s/ Jeffrey J. Helmick
    United States District Judge